# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| REVEREND DR. KAMAL K. ROY, | ) | CASE NO. C09-0260-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| UNITED STATES GOVERNMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Reverend Dr. Kamal K. Roy, proceeding *pro se*, filed an application to proceed *in forma pauperis* (IFP) (Dkt. 1) and a sheaf of scribbling that appears to be a complaint (Dkt. 1-2). There are phone numbers, references to money, multiple columns, and writing that goes sideways and is scribbled onto photocopies and forms from other courts. Having reviewed the submitted documents, the Court recommends DENYING the request to proceed IFP and DISMISSING this case without prejudice due to severe deficiencies in the proposed complaint that render it incomprehensible and therefore frivolous. 28 U.S.C. § 1915(e)(2)(B). A proposed Order of Dismissal accompanies this Report and Recommendation. If plaintiff believes that the deficiencies outlined herein can be cured by an amendment to his complaint, he should lodge an

amended complaint as part of his objections, if any, to this Report and Recommendation.

DATED this 11th day of March, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2