UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REVEREND DR. KAMAL K. ROY,       )   CASE NO.: C09-0260-RSL
                                 )
         Plaintiff,              )
                                 )
    v.                           )   ORDER DENYING PLAINTIFF'S *IN*
                                 )   *FORMA PAUPERIS* APPLICATION
UNITED STATES GOVERNMENT,        )   AND DISMISSING CASE WITHOUT
                                 )   PREJUDICE
         Defendant.              )
_____)

The Court, having reviewed plaintiff's Request to Proceed *In Forma Pauperis* (IFP), his

Complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate

Judge, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's IFP Application is DENIED, and the Complaint and this action are

            DISMISSED without prejudice; and,

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

        Dated this 13th day of April, 2009.

*Mvr S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S *IN FORMA
PAUPERIS* APPLICATION AND DISMISSING CASE
WITHOUT PREJUDICE
PAGE -1